# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE L. HAMMER; GONZALO I.
GALINDO-MILAN, A/K/A GONZALO I.
GALINDO,

          Appellants,

vs.

MARY JOHANNA RASMUSSEN,

          Respondent.

No. 78858

FILED

JUN 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court's October 17, 2013, decision regarding custody of a minor child. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court's October 17, 2013, oral decision and minute order are of no effect and cannot be appealed. *See State, Div. Child & Fam. Services v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."). Moreover, it appears that the district court entered a written order on November 22, 2013, memorializing its October 17, 2013, decision. Notice of entry of that order was served on appellants on November 22, 2013. Accordingly, to the extent appellants appeal from the November 22, 2013, order, and the order is substantively appealable, the

19-27090

notice of appeal is untimely and does not invoke this court's jurisdiction.[1] *See Healy v. Volkswagenwwerk*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (An untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                              Cadish

cc:    Hon. Mathew Harter, District Judge
       Gonzalo I. Galindo-Milan
       Julie L. Hammer
       Black & LoBello
       Eighth District Court Clerk

---

[1]This court also notes the order states "that all parties have waived their right to appeal this Final Order."